**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHARYS HOLDING COMPANY, INC., and<br>CROCHET & BOREL SERVICES, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 08-10289 (BLS)<br>(Jointly Administered)<br><br>**Objection Deadline: May 14, 2009 at 4:00 p.m.**<br>**Hearing Date: June 22, 2009 at 2:30 p.m.** |

**FINAL APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM FEBRUARY 14, 2008 THROUGH FEBRUARY 25, 2009**

| | |
|---|---|
| Name of Applicant: | Richards, Layton & Finger, P.A. |
| Authorized to Provide Professional Services to: | the above-captioned debtors and debtors-in-possession |
| Date of Retention: | March 7, 2008 *nunc pro tunc* to February 14, 2008 |
| Period for which compensation and reimbursement are sought: | February 14, 2008 through February 25, 2009 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $ 932,818.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $ 85,709.61 |

This is a(n): _____Monthly ______ Interim __X__ Final Application

Prior Applications Filed (Bold entries indicate Interim fee applications):

| | | Requested | | Paid | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 4/29/08 | 2/14/08 - 3/31/08 | $38,784.00 | $3,471.55 | $38,784.00 | $3,471.55 |
| 5/23/08 | 4/01/08 - 4/30/08 | $15,884.00 | $1,254.97 | $15,884.00 | $1,254.97 |
| 6/30/08 | 5/01/08 - 5/31/08 | $10,740.00 | $1,328.63 | $10,740.00 | $1,328.63 |
| 7/28/08 | 6/01/08 - 6/30/08 | $7,632.00 | $549.24 | $7,632.00 | $549.24 |
| **8/12/08** | **2/14/08 – 6/30/08** | **$73,040.00** | **$6,604.39** | **$73,040.00** | **$6,604.39** |
| 8/28/08 | 7/01/08 - 7/31/08 | $11,185.00 | $989.45 | $11,185.00 | $989.45 |
| 9/23/08 | 8/01/08 - 8/30/08 | $19,875.50 | $1,506.58 | $19,875.50 | $1,506.58 |
| 10/30/08 | 9/01/08 - 9/30/08 | $105,749.00 | $12,926.29 | $105,749.00 | $12,926.29 |
| 11/24/08 | 10/01/08 - 10/31/08 | $306,757.00 | $24,071.86 | $306,757.00 | $24,071.86 |
| **12/15/08** | **7/1/08 – 10/31/08** | **$443,556.50** | **$39,494.18** | **$443,556.50** | **$39,494.18** |
| 12/31/08 | 11/01/08 - 11/30/08 | $143,522.50 | $18,499.54 | $114,818.00 | $18,499.54 |
| 1/23/09 | 12/01/08 - 12/31/08 | $59,226.50 | $4,673.26 | $47,381.20 | $4,673.26 |
| 2/27/09 | 1/01/09 - 1/31/09 | $54,801.50 | $5,084.76 | $0.00 | $0.00 |
| 3/31/09 | 2/01/09 - 2/25/09 | $158,661.50 | $11,353.48 | $0.00 | $0.00 |

**COMPENSATION BY PROFESSIONAL**
**FEBRUARY 14, 2008 THROUGH FERUARY 25, 2009**

| Name of Professional Individual | Position, year assumes position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Samuel A. Nolen | Joined firm as associate in 1980. Director in 1986. Member of DE Bar since 1979. | $650 | 0.5 | $325.00 |
| Mark D. Collins | Joined firm as associate in 1993. Director in 1998. Member of DE Bar since 1991. | $610<br>$560 | 0.1<br>12.1 | $61.00<br>$6,776.00 |
| William Haubert | Joined firm as associate in 1992. Director in 1999. Member of DE Bar since 1992. | $600 | 0.2 | $120.00 |
| Russell Silberglied | Joined firm as associate in 1995. Director in 2002. Member of DE Bar since 1996. | $550<br>$490<br>$275 | 369.3<br>0.1<br>1.5 | $203,115.00<br>$49.00<br>$412.50 |
| Robert J. Stearn, Jr. | Joined firm as associate in 1990. Director in 1998. Member of DE Bar since 1990. | $550<br>$275 | 250.4<br>8.2 | $137,720.00<br>$2,255.00 |
| Cynthia D. Kaiser | Joined firm as associate in 1986. Director in 1993. Member of DE Bar since 1987. | $525 | 49.2 | $25,830.00 |
| Paul N. Heath | Joined firm as associate in 1999. Director in 2007. Member of DE Bar since 1999. | $475<br>$400 | 191.7<br>65.8 | $91,057.50<br>$26,320.00 |
| William A. Yemc | Joined firm as associate in 1989. Director in 1998. Member of DE Bar since 1990. | $490 | 2.0 | $980.00 |
| Eric A. Schwartzman | Joined firm as associate in 1998. Director in 2005. Member of DE Bar since 1999. | $475 | 20.5 | $9,737.50 |

| Name of Professional Individual | Position, year assumes position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stephen M. Lukes, Jr. | Joined firm as associate in 2001. Director in 2008. Member of DE Bar since 2003. | $425 | 8.7 | $3,697.50 |
| Marcos A. Ramos | Joined firm as associate in 2002. Counsel in 2008. Member of NY Bar since 1995. Member of CA Bar since 1998. Member of MD Bar since 2001. Member of DE Bar since 2003. | $390<br>$365<br>$195 | 347.5<br>0.2<br>20.2 | $135,525.00<br>$73.00<br>$3,939.00 |
| John Mark Zeberkiewicz | Joined firm as associate in 2004. Member of DE Bar since 2004. | $385 | 12.0 | $4,620.00 |
| Jason M. Madron | Joined firm as associate in 2003. Member of DE Bar since 2003. | $345 | 0.2 | $69.00 |
| Kathleen A. Kelley | Joined firm as associate in 2000. Member of DE Bar since 2000. | $345 | 0.9 | $310.50 |
| Chun I. Jang | Joined firm as associate in 2005. Member of DE Bar since 2006. | $300<br>$260 | 46.1<br>63.7 | $13,830.00<br>$16,562.00 |
| Maris J. Finnegan | Joined firm as associate in 2007. Member of PA and NJ Bars. | $300 | 40.6 | $12,180.00 |
| Mark A. Kurtz | Joined firm as associate in 2004. Member of DE Bar since 2005. | $280 | 39.1 | $10,948.00 |
| Christopher M. Samis | Joined firm as associate in 2006. Member of DE Bar since 2006. | $275<br>$235 | 2.8<br>0.3 | $770.00<br>$70.50 |
| Lee Kaufman | Joined firm as associate in 2006. Member of DE Bar since 2006. | $275 | 1.0 | $275.00 |
| L. Katherine Good | Joined firm as associate in 2007. Member of PA Bar. Member of DE Bar since 2008. | $275 | 1.8 | $495.00 |

| Name of Professional Individual | Position, year assumes position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Katisha Fortune | Joined firm as associate in 2006. Member of DE Bar since 2006. | $255 | 41.4 | $10,557.00 |
| Drew G. Sloan | Joined firm as associate in 2007. Member of DE Bar since 2007. | $255 | 37.2 | $9,486.00 |
| Edward Little | Joined firm as associate in 2006. Member of DE Bar since 2006. | $255 | 0.6 | $153.00 |
| Cory D. Kandestin | Joined firm as associate in 2007. Member of DE Bar since 2007. | $245 | 73.2 | $17,934.00 |
| T. Max Riffin | Joined firm as associate in 2008. Member of DE Bar since 2009. | $245<br>$220 | 79.9<br>4.6 | $19,575.50<br>$1,012.00 |
| Richard B. Carroll | Joined firm as associate in 2007. Member of DE Bar since 2007. | $245 | 6.4 | $1,568.00 |
| Laura D. Hatcher | Joined firm as associate in 2007. Member of DE Bar since 2005. | $245 | 12.5 | $3,062.50 |
| Thomas A. Uebler | Joined firm as associate in 2007. Member of DE Bar since 2007. | $245 | 14.0 | $3,430.00 |
| Jill M. Grob | Joined firm as associate in 2007. Member of DE Bar since 2008. | $245 | 1.2 | $294.00 |
| Christopher L. Messa | Joined firm as associate in 2007. Member of DE Bar since 2008. | $245 | 83.1 | $20,359.50 |
| Dana L. Reynolds | Joined firm as associate in 2008. Member of DE Bar since 2006. | $245 | 3.5 | $857.50 |
| Travis A. McRoberts | Joined firm as associate in 2008. Member of DE since 2009. | $230 | 183.5 | $42,205.00 |
| Andrew C. Irgens | Joined firm as associate in 2008. Member of DE Bar since 2008. | $230 | 52.0 | $11,960.00 |
| Stephen M. Ferguson | Joined firm as associate in 2008. | $230 | 1.6 | $368.00 |

| Name of Professional Individual | Position, year assumes position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Joseph L. Christensen | Joined firm as associate in 2008. | $230 | 4.1 | $943.00 |
| Vincent R. Versagli | Joined firm as associate in 2007. | $230 | 3.5 | $805.00 |
| Barbara J. Witters | Paralegal since 2000. Joined firm in 2000. | $185<br>$175 | 250.5<br>117.9 | $46,342.50<br>$20,632.50 |
| Wendy S. Cathers | Paralegal since 2003. Joined firm in 2003. | $195 | 4.7 | $916.50 |
| Sara J. Letnianczyn | Paralegal since 2003. Joined firm in 2003. | $195 | 1.5 | $292.50 |
| Rosella M. Champion | Paralegal since 1980. Joined firm in 1999. | $195 | 1.6 | $312.00 |
| Debra A. Bartel | Paralegal since 1988. Joined firm in 2008. | $195 | 5.7 | $1,111.50 |
| Daniel D. White | IS Dept. | $190 | 4.7 | $893.00 |
| Ann Jerominski | Paralegal since 1995. Registered Paralegal since 2000. Joined firm in 2000. | $185<br>$175 | 21.0<br>2.7 | $3,885.00<br>$472.50 |
| Rebecca V. Speaker | Paralegal since 2002. Joined firm in 2001. | $185<br>$175 | 5.9<br>0.5 | $1,091.50<br>$87.50 |
| Aja E. McDowell | Paralegal since 2003. Joined firm in 2002. | $185<br>$175 | 1.9<br>1.7 | $351.50<br>$297.50 |
| Yvonne A. Dalton | Paralegal since 1995. Joined firm in 2008. | $185 | 2.0 | $370.00 |
| Cathy M. Greer | Paralegal since 1995. Joined firm in 2000. | $185<br>$175 | 2.8<br>3.2 | $518.00<br>$560.00 |
| Tracy Allen | Paralegal since 2000. Joined firm in 2006. | $185 | 1.7 | $314.50 |
| Janel Gates | Paralegal since 2007. Joined firm in 2007. | $185 | 0.3 | $55.50 |
| Susan J. Covin | Paralegal since 1996. Joined firm in 1999. | $160 | 5.3 | $848.00 |
| Tracy A. Cameron | Case Management Assistant | $100 | 0.6 | $60.00 |
| Brenda D. Tobin | Case Management Assistant | $100 | 1.0 | $100.00 |
| Jenna M. Priest | Case Management Assistant | $90 | 5.4 | $486.00 |

| Name of Professional Individual | Position, year assumes position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ann Kashishian | Case Management Assistant | $75 | 1.7 | $127.50 |
| **TOTALS** | | | **2603.3** | **$932,818.50** |

| | |
|---|---|
| GRAND TOTAL | $ 932,818.50 |
| ATTORNEY COMPENSATION | $ 852,693.00 |
| TOTAL ATTORNEY HOURS | 2159.0 |
| BLENDED RATE | $ 394.95 |

Dated: April 24, 2009
Wilmington, Delaware

**COMPENSATION BY PROJECT CATEGORY**
**FEBRUARY 14, 2008 THROUGH FEBRUARY 25, 2009**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (A) | 79.1 | $14,965.00 |
| Creditor Inquiries (B) | 1.6 | $394.50 |
| Meetings (C) | 21.9 | $8,233.00 |
| Executory Contracts/Unexpired Leases (D) | 8.4 | $2,269.00 |
| Automatic Stay/Adequate Protection (E) | 15.8 | $4,880.50 |
| Plan of Reorganization/Disclosure Statement (F) | 351.6 | $131,535.00 |
| Use, Sale, Lease of Assets (G) | 10.9 | $3,526.50 |
| Cash Collateral/DIP Financing (H) | 5.4 | $1,953.00 |
| Claims Administration (I) | 12.2 | $3,707.00 |
| Court Hearings (J) | 263.3 | $96,649.50 |
| General Corporate/Real Estate (K) | 34.6 | $12,789.00 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 37.2 | $9,172.00 |
| Employee Issues (M) | 5.2 | $1,596.50 |
| Environmental (N) | 0.0 | $0.00 |
| Tax Issues (O) | 0.0 | $0.00 |
| Litigation/Adversary Proceedings (P) | 1545.0 | $591,489.00 |
| RLF Retention (Q-1) | 12.7 | $3,175.50 |
| Retention of Others (Q-2) | 19.8 | $5,128.00 |
| RLF Fee Applications (R-1) | 41.9 | $9,698.50 |
| Fee Applications of Others (R-2) | 87.6 | $19,231.50 |
| Vendor/Supplies (S) | 0.0 | $0.00 |
| Non-Working Travel (T) | 29.9 | $6,606.50 |
| Utilities (U) | 3.2 | $863.50 |
| Insurance (V) | 16.0 | $4,955.50 |
| **TOTAL** | **2603.3** | **$932,818.50** |

## EXPENSE SUMMARY
## FEBRUARY 14, 2008 THROUGH FEBRUARY 25, 2009

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Facsimile | Ikon Office Solutions | $203.25 |
| Long Distance Telephone | | $2,303.25 |
| In-House Reproduction (Duplication/Printing) | Duplication<br>57,295 @ $.10/pg.<br><br>Printing<br>4,405 @ $.05/pg. (March 2008 - July 2008)<br>42,074 @ $.10/pg. (August 2008 - February 2009) | $10,157.15 |
| Outside Reproduction | Parcels | $2,472.70 |
| Legal Research | | $36,575.60 |
| Filing/Court Fees | American Express - Firm Travel Filings; Courtcall LLC; Parcels | $2,996.40 |
| Court Reporting | J&J Court Transcribers; Laws Transcription; Diana Doman Transcribing; Veritex/NY Reporting; Greenhouse Reporting, Inc., Thompson Reporting Services, Inc.; Transcripts Plus; Elaine M. Ryan; Perfect Pages Transcription and Reporting | $11,215.93 |
| Travel Expenses | | $4,435.71 |
| Inside Courier & Expense Carriers | | $0.00 |
| Outside Courier & Expense Carriers | Blue Marble; Federal Express | $4,620.62 |
| Postage | | $423.99 |
| Binding | | $88.00 |
| Business Meals | *(Previously supplied)* | $2,901.86 |
| RL&F Services Corp. | | $328.00 |
| Document Retrieval | Pacer | $1,543.76 |
| Publications | Jenkins Law Library | $37.30 |
| Bar Dues | | $1,113.96 |
| Witness Fees | Troy Crochet; Roger Mohlman | $80.00 |
| Information Services | Lexis Nexis Courtlink | $328.50 |
| Overtime | | $3,517.13 |
| Record Retrieval | | $0.00 |

| Expense Category | Service Provider | Total Expenses |
| --- | --- | --- |
| Professional Services | CT Corporation | $366.50 |
| Room Rental | | $0.00 |
| **TOTAL** | | **$85,709.61** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CHARYS HOLDING COMPANY, INC., and CROCHET & BOREL SERVICES, INC. | Case No. 08-10289 (BLS) (Jointly Administered) |
| Debtor. | |

**FINAL APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM FEBRUARY 14, 2008 THROUGH FEBRUARY 25, 2009**

Pursuant to sections 330 and 331 of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated March 7, 2008 [Docket No. 66] (the "Administrative Order"), Richards, Layton & Finger, P.A. ("RL&F") hereby files this Final Application of Richards, Layton & Finger, P.A. for Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from February 14, 2008 through February 25, 2009 (the "Application"). By this Application, RL&F seeks a final allowance pursuant to the Administrative Order with respect to the sum of $932,818.50 as compensation, and $85,709.61 for reimbursement of actual and necessary expenses for a total of $1,018,528.11 for the period February 14, 2008 through February 25, 2009 (the "Compensation Period"). In support of this Application, RL&F respectfully represents as follows:



RLF1-3389121-1

**Background**

1. On February 14, 2008 (the "Petition Date"), Charys Holding Company, Inc. and Crochet & Borel Services, Inc. (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2. The Debtors' retention of RL&F was approved effective as of the Petition Date by this Court's Order dated March 7, 2008 [Docket No. 70] ("Retention Order"). The Retention Order authorized RL&F to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

**Compensation Paid and Its Source**

3. All services for which compensation is requested by RL&F were performed for or on behalf of the Debtors.

4. Except to the extent of the retainer paid to RL&F as described in the application seeking approval of RL&F's employment by the Debtors, during the period covered by this Application, RL&F has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between RL&F and any other person other than the directors of RL&F for the sharing of compensation to be received for services rendered in these cases.

**Fee Statements**

5. The fee statements for the time period February 14, 2008 through and including February 25, 2009, have been attached as Exhibit A to each of the monthly fee applications previously filed in this case, and are incorporated herein as though fully set forth herein.[1] These statements contain daily time logs describing the time spent by each attorney and

[1] Docket numbers for each of the previously filed monthly fee applications are set forth on page 2 of this Application

paraprofessional for this period. To the best of RL&F's knowledge, this Application and all of RL&F's previous fee applications comply with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2 and the Administrative Order.

**Actual and Necessary Expenses**

6. Summaries of actual and necessary expenses and daily logs of expenses incurred by RL&F for the period February 14, 2008 through and including February 25, 2009 have been attached as Exhibit B to each of the monthly fee applications previously filed in this case, and are incorporated herein as though fully set forth herein.[2] During the Compensation Period as cited herein, RL&F charges all of its bankruptcy clients $0.10 per page for photocopying expenses and $0.10[3] per page for printing jobs of 10 pages or larger. RL&F also charges all of its clients $0.25 per page for out-going facsimile transmissions. Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

7. Regarding providers of on-line legal research (e.g., LEXIS and WESTLAW), RL&F charges all its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal RL&F's actual cost. RL&F is currently under contract to pay these providers a flat fee every month. Charging its clients the on-line providers' standard usage rates allows RL&F to cover adequately the monthly flat fees it must pay to these types of providers.

8. RL&F believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, RL&F believes that such charges are in

[2] Docket numbers for each of the previously filed monthly fee applications are set forth on page 2 of this Application.

[3] Effective September 8, 2008, RLF began charging all of its bankruptcy clients $0.10 per page for printing jobs of 10 pages or larger (and $0.15 per page for printing jobs of 10 pages or larger for all non-bankruptcy clients). Prior to September 8, 2008, RLF charged all of its clients $0.05 per page for printing jobs of 20 pages or larger

accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

**Summary of Services Rendered**

9. The directors and associates of RL&F who have rendered professional services in these cases are as follows: Samuel A. Nolen, Mark D. Collins, William Haubert, Russell Silberglied, Robert J. Stearn, Jr., Cynthia D. Kaiser, Paul N. Heath, William A. Yemc, Eric A. Schwartzman, Stephen M. Lukes, Jr., Marcos A. Ramos, John Mark Zeberkiewicz, Jason M. Madron, Kathleen A. Kelley, Chun I. Jang, Maris J. Finnegan, Mark A. Kurtz, Christopher M. Samis, Lee Kaufman, L. Katherine Good, Katisha Fortune, Drew G. Sloan, Edward Little, Cory D. Kandestin, T. Max Riffin, Richard B. Carroll, Laura D. Hatcher, Thomas A. Uebler, Jill M. Grob, Christopher L. Messa, Dana L. Reynolds, Travis A. McRoberts, Andrew C. Irgens, Stephen M. Ferguson, Joseph L. Christensen and Vincent R. Versagli. The paraprofessionals of RL&F who have provided services to these attorneys in these cases are as follows: Barbara J. Witters, Wendy S. Cathers, Sara J. Letnianczyn, Rosella M. Champion, Debra A. Bartel, Daniel D. White, Ann Jerominski, Rebecca V. Speaker, Aja E. McDowell, Yvonne A. Dalton, Cathy M. Greer, Tracy Allen, Janel Gates, Susan J. Covin, Tracy A. Cameron, Brenda D. Tobin, Jenna M Priest and Ann Kashishian.

10. RL&F, by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services which are described and narrated in detail hereinafter.

## Summary of Services By Project

11. The services rendered by RL&F during the Application Period can be grouped into the categories set forth below. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, on Exhibit A to each of the monthly fee applications previously filed in this case.

A. Case Administration/Miscellaneous Matters

Fees: $ 14,965.00; Total Hours: 79.1

This category includes advice relating to business operations; communications with U.S. Trustee; maintenance of case docket and calendar; filing and circulation of papers; notices and service lists; and matters related to exclusivity.

B. Creditor Inquiries

Fees: $394.50 ; Total Hours: 1.6

This category includes all actions taken to respond to creditor inquiries.

C. Meetings

Fees: $ 8,233.00 ; Total Hours: 21.9

This category includes preparing for and attending meetings with debtors, creditors' committees, individual creditors, the U.S. Trustee and co-counsel.

D. Executory Contracts/Unexpired Leases

Fees: $ 2,269.00 ; Total Hours: 8.4

This category includes contract and lease analysis and matters relating to assumption, assignment or rejection of executory contracts and unexpired leases.

E. Automatic Stay/Adequate Protection

Fees: $ 4,880.50 ; Total Hours: 15.8

This category includes all motions to modify the automatic stay; all other types of actions where adequate protection is the central issue; issues related to the effect of the automatic stay on pending matters.

F. Plan of Reorganization/Disclosure Statement

Fees: $ 131,535.00 ; Total Hours: 351.6

This category includes review, formulation, negotiation, preparation and promulgation of plans of reorganization, disclosure statements and related corporate documentation and research relating thereto.

G. Use, Sale, Lease of Assets

Fees: $ 3,526.50 ; Total Hours: 10.9

This category includes all matters relating to acquisitions, dispositions and other postpetition uses of property of the estate.

H. Cash Collateral/DIP Financing

Fees: $ 1,953.00 ; Total Hours: 5.4

This category includes negotiation and documentation of debtor in possession financing and post-confirmation financing, all cash collateral issues and related pleadings.

I. Claims Administration

Fees: $ 3,707.00 ; Total Hours: 12.2

This category includes claims administration matters and bar date matters, including claims objections and related contested matters.

J. Court Hearing

Fees: $ 96,649.50 ; Total Hours: 263.3

This category includes all matters relating to preparation for and attendance at court hearings.

K. General Corporate/Real Estate

Fees: $ 12,789.00 ; Total Hours: 34.6

This category includes all matters relating to transactional, corporate governance, and related matters involving the debtor's business operations that are not part of a plan of reorganization or disclosure statement.

L. Schedules/SOFA/U.S. Trustee Reports

Fees: $ 9,172.00 ; Total Hours: 37.2

This category includes all matters relating to preparation of schedules and amendments, statements of financial affairs and amendments, operating reports and other reports required by the office of the United States Trustee or the Bankruptcy Court.

M. Employee Issues

Fees: $ 1,596.50 ; Total Hours: 5.2

This category includes all matters relating to employee wages, benefits, collective bargaining issues, other employee relation matters, ERISA and retiree benefits.

N. Environmental

Fees: $ 0.00 ; Total Hours: 0.0

This category includes all matters relating to environmental matters, other than environmental aspects of a plan of reorganization.

O. Tax Issues

Fees: $ 0.00 ; Total Hours: 0.0

This category includes all federal and state income, property, employment, excise and other tax matters, other than the tax aspects of a plan of reorganization.

P. Litigation/Adversary Proceedings

Fees: $ 591,489.00 ; Total Hours: 1545.0

This category includes all litigation and adversary proceedings.

Q-1. RL&F Retention

Fees: $ 3,175.50 ; Total Hours: 12.7

This category includes preparation of applications to retain RL&F and supplements thereto.

Q-2. Retention of Others

Fees: $ 5,128.00 ; Total Hours: 19.8

This category includes time spent reviewing applications for retention by other professionals, objecting to the retention of other professionals and assisting other professionals with preparing and filing retention applications.

R-1. RLF Fee Applications

Fees: $ 9,698.50 ; Total Hours: 41.9

This category includes all time spent preparing, reviewing, filing, circulating and/or relating to monthly invoices and fee applications for RLF.

R-2. Fee Applications of Others

Fees: $ 19,231.50 ; Total Hours: 87.6

This category includes time spent reviewing invoices or applications of other professionals, objecting to fees of other professionals and assisting other professionals with filing and circulating monthly invoices and applications.

S. Vendor/Suppliers

Fees: $ 0.00 ; Total Hours: 0.0

This category includes all matters related to vendors and suppliers, including reclamation issues.

T. Non-Working Travel

Fees: $ 6,606.50 ; Total Hours: 29.9

This category includes all travel time not otherwise chargeable.

U. Utilities

Fees: $ 863.50 ; Total Hours: 3.2

This category includes all matters related to utility issues.

V. Insurance

Fees: $ 4,955.50 ; Total Hours: 16.0

This category includes all matters related to insurance policies or coverage.

**Valuation of Services**

12. Attorneys and paraprofessionals of RL&F have expended a total of 2603.3 hours in connection with this matter during the Compensation Period, as follows:

| ATTORNEYS | HOURS | RATE |
|---|---|---|
| Samuel A. Nolen | 0.5 | $650 |
| Mark D. Collins | 0.1 | $610 |
| Mark D. Collins | 12.1 | $560 |
| William Haubert | 0.2 | $600 |
| Russell Silberglied | 369.3 | $550 |
| Russell Silberglied | 0.1 | $490 |
| Russell Silberglied | 1.5 | $275 |
| Robert J. Stearn, Jr. | 250.4 | $550 |
| Robert J. Stearn, Jr. | 8.2 | $275 |
| Cynthia D. Kaiser | 49.2 | $525 |
| Paul N. Heath | 191.7 | $475 |
| Paul N. Heath | 65.8 | $400 |
| William A. Yemc | 2.0 | $490 |
| Eric A. Schwartzman | 20.5 | $475 |
| Stephen M. Lukes, Jr. | 8.7 | $425 |
| Marcos A. Ramos | 347.5 | $390 |
| Marcos A. Ramos | 0.2 | $365 |
| Marcos A. Ramos | 20.2 | $195 |
| John Mark Zeberkiewicz | 12.0 | $385 |
| Jason M. Madron | 0.2 | $345 |
| Kathleen A. Kelley | 0.9 | $345 |
| Chun I. Jang | 46.1 | $300 |
| Chun I. Jang | 63.7 | $260 |
| Maris J. Finnegan | 40.6 | $300 |
| Mark A. Kurtz | 39.1 | $280 |
| Christopher M. Samis | 2.8 | $275 |
| Christopher M. Samis | 0.3 | $235 |
| Lee Kaufman | 1.0 | $275 |
| L. Katherine Good | 1.8 | $275 |
| Katisha Fortune | 41.4 | $255 |
| Drew G. Sloan | 37.2 | $255 |

| | | |
|---|---|---|
| Edward Little | 0.6 | $255 |
| Cory D. Kandestin | 73.2 | $245 |
| T. Max Riffin | 79.9 | $245 |
| T. Max Riffin | 4.6 | $220 |
| Richard B. Carroll | 6.4 | $245 |
| Laura D. Hatcher | 12.5 | $245 |
| Thomas A. Uebler | 14.0 | $245 |
| Jill M. Grob | 1.2 | $245 |
| Christopher L. Messa | 83.1 | $245 |
| Dana L. Reynolds | 3.5 | $245 |
| Travis A. McRoberts | 183.5 | $230 |
| Andrew C. Irgens | 52.0 | $230 |
| Stephen M. Ferguson | 1.6 | $230 |
| Joseph L. Christensen | 4.1 | $230 |
| Vincent R. Versagli | 3.5 | $230 |

| PARAPROFESSIONALS | HOURS | RATE |
|---|---|---|
| Barbara J. Witters | 250.5 | $185 |
| Barbara J. Witters | 117.9 | $175 |
| Wendy S. Cathers | 4.7 | $195 |
| Sara J. Letnianczyn | 1.5 | $195 |
| Rosella M. Champion | 1.6 | $195 |
| Debra A. Bartel | 5.7 | $195 |
| Daniel D. White | 4.7 | $190 |
| Ann Jerominski | 21.0 | $185 |
| Ann Jerominski | 2.7 | $175 |
| Rebecca V. Speaker | 5.9 | $185 |
| Rebecca V. Speaker | 0.5 | $175 |
| Aja E. McDowell | 1.9 | $185 |
| Aja E. McDowell | 1.7 | $175 |
| Yvonne A. Dalton | 2.0 | $185 |
| Cathy M. Greer | 2.8 | $185 |
| Cathy M. Greer | 3.2 | $175 |
| Tracy Allen | 1.7 | $185 |
| Janel Gates | 0.3 | $185 |
| Susan J. Covin | 5.3 | $160 |
| Tracy A. Cameron | 0.6 | $100 |
| Brenda D. Tobin | 1.0 | $100 |
| Jenna M. Priest | 5.4 | $90 |
| Ann Kashishian | 1.7 | $75 |

The nature of the work performed by these persons is attached as Exhibit A to each of the previously filed monthly fee applications in this case. These are RL&F's normal hourly rates for

work of this character. The reasonable value of the services rendered by RL&F during the Application Period is $932,818.50.

13. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by RL&F is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, RL&F has reviewed the requirements of Del. Bankr. LR 2016-2 and believes that this Application complies with that Rule

WHEREFORE, RL&F respectfully requests that the Court authorize that for the Compensation Period, a final allowance be made to RL&F pursuant to the terms of the Administrative Order, with respect to the sum of $932,818.50 compensation for necessary professional services rendered, and the sum of $85,709.61 as reimbursement of actual necessary costs and expenses, for a total of $1,018,528.11 and that such sums be authorized for final payment, less what has been paid previously to RL&F pursuant to the Administrative Order, and for such other and further relief as this Court may deem just and proper.

Dated: April 24, 2009
Wilmington, Delaware

Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 3704)
Chun I. Jang (No. 4790)
Lee E. Kaufman (No. 4877)
L. Katherine Good (No. 5101)
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

*Special Counsel to the Liquidating Trust*

VERIFICATION

STATE OF DELAWARE :
: SS:
COUNTY OF NEW CASTLE :

Chun I. Jang, after being duly sworn according to law, deposes and says:

a) I am an associate with the applicant firm, Richards, Layton & Finger, P.A., and have been admitted to appear before this Court.

b) I have performed and am familiar with the work performed on behalf of the Debtors by the lawyers in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and submit that the Application substantially complies with such Rule.

Chun I. Jang (No. 4790)

SWORN AND SUBSCRIBED before
me this 24th day of April, 2009.

Notary Public

My Commission Expires:__________________

BARBARA J. WITTERS
Notary Public - State of Delaware
ly Comm. Expires March 13, 2011